In the Matter of the INCORPORATED VILLAGE OF HEMPSTEAD, Respondent, Relative to Acquiring Title to Real Property For and On Behalf of the Incorporated Village of Hempstead Urban Renewal Agency for an Urban Renewal Area. MERIT OIL COMPANY, Appellant.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Brennan, JJ. concur.

In the Matter of the Estate of SAM MARCUS, Deceased. LORA A. ROSENBLUM, Appellant-Respondent; B. PAUL GLADSTONE, Respondent-Appellant, et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.